

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>      Plaintiff,<br><br>vs.<br><br>TRAVEL EXPRESS INTERNATIONAL, a Georgia corporation; ROBERT E. LEWIS, II; ALAN D. HUMPHRIES,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:01-cv--906 |

## JUDGMENT

This action having come before the court, GET, United States District Judge, for consideration of defendants' motion for attorney's fees and request for expenses under the Equal Access to Justice Act, and the court having granted said motion, it is

**Ordered and adjudged** that defendants recover from plaintiff $140,792.80 as reasonable attorney's fees and $4,824.90 for litigation expenses under the Equal Access to Justice Act.

Dated at Atlanta, Georgia this 7th day of October, 2003.

                                                   LUTHER D. THOMAS
                                                   CLERK OF COURT

                                    By: _____
                                                Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 7, 2003
Luther D. Thomas
Clerk of Court

By: _____
     Deputy Clerk

109